No. 03–7866.  FREEMAN v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 03–7868.  GREEN v. GIRDICH, SUPERINTENDENT, UPSTATE CORRECTIONAL FACILITY.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 03–7880.  BECK v. HALL ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–7913.  GLASS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 03–7941.  JONES v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 03–7957.  BIRCH v. ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 03–7958.  CHENG KOY SAECHAO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–7959.  REAUME v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 03–7971.  SHEVI v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 03–7972.  JUAREZ v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 03–7974.  DAVIS v. MCKUNE, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 03–7982.  LANGSTON v. BRAXTON, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 03–7984.  RUSSELL v. BOWLEN, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–7987.  LEFTENANT v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.